# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM CARTER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., RICHARD B. SALTZMAN, NANCY A. CURTIN, GEORGE G.C. PARKER, JOHN A. SOMERS, and JOHN L. STEFFENS,<br><br>    Defendants. | **Civil Action No. 1:16-cv-03282-JFM** |
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>NORTHSTAR REALTY FINANCE CORP., *et al.*,<br><br>    Defendants. | **Civil Action No. 1:16-cv-03742-JFM** |
| CINDY KESSLER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>NORTHSTAR ASSET MANAGEMENT GROUP, INC., *et. al.*,<br><br>    Defendants. | **Civil Action No. 16-cv-03745-JFM** |

## DECLARATION OF YELENA TREPETIN

I, Yelena Trepetin, being first duly sworn, state under penalty of perjury that:

1. I am an associate with the law firm of Brower Piven, A Professional Corporation ("Brower Piven"), Liaison Counsel for Plaintiffs in the three above-captioned actions (the "Actions"). I am a member in good standing of the Maryland Bar. The testimony provided herein is based on my own personal knowledge, information and belief and, if called upon, I could and would competently testify thereto.

2. I am submitting this Declaration to supplement my declaration dated September 21, 2017 in support of Plaintiffs' Joint Motion for Final Approval of Class Action Settlements.

3. Attached hereto as Exhibit A are true and correct copies of the billing records for Brower Piven in connection with these Actions.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 28, 2017, in Stevenson, Maryland.



*/s/ Yelena Trepetin*
Yelena Trepetin

# EXHIBIT A

**BROWER PIVEN**
**A Professional Corporation**

| DATE | ATTORNEY | DESCRIPTION | TIME |
|---|---|---|---|
| 09/28/16 | Charles Piven | Cs w/BK, YT re: acting as local counsel; Rvw public transaction info and draft complaint | 1.9 |
| 09/29/16 | Charles Piven | Rvw filings | 0.1 |
| 10/20/16 | Charles Piven | Cs w/BK re: filing | 0.1 |
| 11/21/16 | Charles Piven | Cs w/BK, DK re: statute | 0.1 |
| 11/22/16 | Charles Piven | Cs w/BK re: filing in state court | 0.1 |
| 11/28/16 | Charles Piven | TC w/JM | 0.2 |
| 11/29/17 | Charles Piven | Cs w/JM and MH re: filing PI papers | 0.2 |
| 11/30/16 | Charles Piven | TC from Judge Motz's chambers re: TRO and rvw papers; Cs w/counsel re: same; Conf call with Court vacating hearing | 2.0 |
| 12/12/16 | Charles Piven | Cs w/ co-counsel re: withdrawal of TRO/PI | 0.1 |
| 01/31/17 | Charles Piven | Cs w/chambers, counsel re: MOU and confirmatory discovery | 0.2 |
| 03/24/17 | Charles Piven | Cs w/chambers re: status report | 0.1 |
| 04/04/17 | Charles Piven | Rvw Joint Status Report | 0.1 |
| 05/11/17 | Charles Piven | Rvw status report | 0.1 |
| 06/30/17 | Charles Piven | Rvw Preliminary Approval papers | 0.6 |
| 07/06/17 | Charles Piven | Cs w/chambers, YT re: agreed upon dates for hearing | 0.2 |
| 07/10/17 | Charles Piven | Cs w/YT re: Settlement Approval hearing; rvw Order signed by Judge | 0.2 |
| 07/13/17 | Charles Piven | Rvw Defendants' CAFA Notice | 0.1 |
| 09/06/17 | Charles Piven | Rvw shareholder voicemail message re: settlement; Cs w/YT | 0.2 |
| 09/07/17 | Charles Piven | Rvw Notice | 0.2 |
| 09/22/17 | Charles Piven | Rvw final settlement brief | 0.2 |
| 09/28/16 | Brian Kerr | emails with YT and Juan Monteverde re new case filing; review complaint | 0.5 |
| 11/16/16 | Brian Kerr | emails wih YT regarding filing of second and third complaint; review allegations in complaints | 1.5 |
| 09/28/16 | Yelena Trepetin | review complaint; emails with cjp and brian kerr; emails with juan monteverde; review local rules; conform complaint; addresses; summonses; civil cover sheet | 2.5 |
| 09/29/16 | Yelena Trepetin | filing documents; finishing cover sheet; updating complaint; call to court | 1.0 |
| 09/30/16 | Yelena Trepetin | calls with clerk of court re quality control on filing | 0.2 |
| 10/27/16 | Yelena Trepetin | emails regarding summonses | 0.1 |
| 11/03/16 | Yelena Trepetin | emails re summonses | 0.1 |
| 11/16/16 | Yelena Trepetin | emails with bk, cjp, juan monteverde re division of labor | 0.4 |
| 11/17/16 | Yelena Trepetin | rules for relatedeness for court filings | 0.2 |
| 11/17/16 | Yelena Trepetin | emails re complaint filing | 0.2 |
| 11/18/16 | Yelena Trepetin | reviewing second complaint; cover sheet; summonses; filing; calls with clerk | 2.5 |
| 11/18/16 | Yelena Trepetin | reviewing third complaint; cover sheet; summonses; filing; calls with clerk | 2.5 |
| 11/21/16 | Yelena Trepetin | review two sets of summonses; send to counsel | 0.2 |
| 12/06/16 | Yelena Trepetin | review preliminary injunction papers filed | 0.8 |
| 12/09/16 | Yelena Trepetin | review mous and disclosures; call with juan monteverde; emails re pro hacs | 0.5 |
| 12/12/16 | Yelena Trepetin | filing pro hac; reviewing notice; cos; emails with juan monteverde; review filings; emails with juan monteverde | 1.0 |
| 01/17/17 | Yelena Trepetin | emails re confirmatory discovery | 0.3 |
| 01/24/17 | Yelena Trepetin | email re status | 0.1 |
| 01/31/17 | Yelena Trepetin | email from judge's clerk re status; discuss with juan monteverde; report back | 0.2 |
| 02/06/17 | Yelena Trepetin | emails re status | 0.1 |
| 03/27/17 | Yelena Trepetin | request for status report | 0.1 |
| 03/30/17 | Yelena Trepetin | emails re report | 0.2 |
| 04/03/17 | Yelena Trepetin | review status update | 0.2 |
| 04/04/17 | Yelena Trepetin | review final status reports; finalize; file; emails with all counsel re depos | 0.7 |
| 04/11/17 | Yelena Trepetin | emails re depositions | 0.1 |
| 04/14/17 | Yelena Trepetin | emails re discovery | 0.2 |
| 04/19/17 | Yelena Trepetin | emails re discovery | 0.2 |
| 04/21/17 | Yelena Trepetin | emails regarding discovery | 0.2 |
| 04/24/17 | Yelena Trepetin | emails regarding discovery with juan monteverde and defense counsel | 0.2 |

| DATE | ATTORNEY | DESCRIPTION | TIME |
|---|---|---|---|
| 04/26/17 | Yelena Trepetin | emails re depositions and scheduling with defense counsel | 0.2 |
| 04/28/17 | Yelena Trepetin | emails re discovery and scheduling depos with all defense counsel and juan monteverde | 0.3 |
| 04/28/17 | Yelena Trepetin | checkingon status of pro hac | 0.1 |
| 05/01/17 | Yelena Trepetin | emails regarding depo dates | 0.3 |
| 05/02/17 | Yelena Trepetin | email from juan monteverde regarding witness name | 0.1 |
| 05/08/17 | Yelena Trepetin | emails regarding depo dates | 0.2 |
| 05/08/17 | Yelena Trepetin | emails re minutes and depos | 0.2 |
| 05/09/17 | Yelena Trepetin | review status report; emails re edits | 0.3 |
| 05/10/17 | Yelena Trepetin | email re depo of special committee | 0.1 |
| 05/11/17 | Yelena Trepetin | review and file status report in 3 cases | 0.2 |
| 05/11/17 | Yelena Trepetin | emails re depos; update to status reports; cos | 0.3 |
| 05/12/17 | Yelena Trepetin | emails re NSAM deposition | 0.1 |
| 05/16/17 | Yelena Trepetin | emails re court reporter for deposition | 0.1 |
| 05/23/17 | Yelena Trepetin | email re depo schedule | 0.1 |
| 05/30/17 | Yelena Trepetin | emails re depo | 0.1 |
| 05/31/17 | Yelena Trepetin | emails regarding depo | 0.2 |
| 06/12/17 | Yelena Trepetin | emails re scheduling depos with defense counsel | 0.2 |
| 06/14/17 | Yelena Trepetin | review stip of settlement; review red-lines | 1.1 |
| 06/19/17 | Yelena Trepetin | email re settlement papers | 0.1 |
| 06/21/17 | Yelena Trepetin | review edits to stip of settlement by defendants | 0.5 |
| 06/22/17 | Yelena Trepetin | emails re settlement documents | 0.1 |
| 06/22/17 | Yelena Trepetin | review exhibits to settlement agreements | 1.1 |
| 06/26/17 | Yelena Trepetin | update cjp; review terms | 0.2 |
| 06/26/17 | Yelena Trepetin | emails re settlement documents | 0.1 |
| 06/28/17 | Yelena Trepetin | emails regarding preliminary approval papers; checking docket | 0.3 |
| 06/28/17 | Yelena Trepetin | review edits to stip and exhibits; review motion, memo and decl for preliminary approval; next line of edits on stip and exhibits | 2.9 |
| 06/29/17 | Yelena Trepetin | emails regarding filing of prel approval papers | 0.3 |
| 06/30/17 | Yelena Trepetin | emails with all counsel regarding filing deadline; final documents; motion for prel approval; emails re signatures; prepare status report for all 3 cases; signatures; review all 3 stips; review final version of brief; prepare motion; review declaration; 6 calls with faruqi re filing | 2.9 |
| 07/05/17 | Yelena Trepetin | copies of prel approval papers; upload; send to court | 1.4 |
| 07/06/17 | Yelena Trepetin | emails with judge's assistant re hearing date; emails with all counsel; call with court; emails with juan monteverde | 0.4 |
| 07/07/17 | Yelena Trepetin | emails re hearing date with all counsel; emails with juan monteverde; call with court | 0.3 |
| 07/10/17 | Yelena Trepetin | emails with judge's assistant re hearing date | 0.1 |
| 07/12/17 | Yelena Trepetin | finalize and file pro hac | 0.2 |
| 09/05/17 | Yelena Trepetin | calls with shareholders; call with kuznicki | 0.3 |
| 09/06/17 | Yelena Trepetin | emails regading colony notice | 0.2 |
| 09/07/17 | Yelena Trepetin | call with kuznicki re notice; review; return shareholder call | 0.3 |
| 09/12/17 | Yelena Trepetin | email from broker | 0.2 |
| 09/18/17 | Yelena Trepetin | email re final approval brief; review; review affidavit | 2.1 |
| 09/19/17 | Yelena Trepetin | call with monteverde; call with shareholder | 0.2 |
| 09/20/17 | Yelena Trepetin | review papers for settlement; emails in regard thereto | 2.5 |
| 09/21/17 | Yelena Trepetin | draft affidavit and exhibits | 0.5 |
| 09/22/17 | Yelena Trepetin | review all final papers; filing; calls with mhoffman | 1.6 |
| 11/02/16 | Daniel Kuznicki | research allegations | 0.8 |
| 09/05/17 | Daniel Kuznicki | attn to notice issue | 1.0 |
| 09/06/17 | Daniel Kuznicki | review/research notice issue | 1.2 |