2017 DEC 28 AM 11: 48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JACK BOOTHE, Individually and
on behalf of all others similarly
situated,

            Plaintiffs

v.

NORTHSTAR REALTY FINANCE
CORP. et al.

            Defendants

Case No. 16-cv-03742

NOTICE OF APPEAL

    Notice is hereby given that Lawrence B. Dvores, *pro se*, as Objector and member of the plaintiff class purportedly represented by the above captioned plaintiffs and their attorneys hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order of the United States District Court approving the Settlement and Award of Attorneys' Fees and Expenses entered in this case on November 29, 2017.

    This case is one of three class actions involving three public companies that were merged into a new public company. These cases Boothe v. Northstar Realty Finance Corp. 16-cv-03742- JKB, Carter v. Colony Capital, Inc. 16-cv-03282- JKB, and Kessler v. Northstar Asset Management Group 16-cv-03745 were consolidated under Kessler v. Northstar Asset Management Group and virtually identical orders were entered on November 29, 2017 in all three class actions so that Appellant Objector will ask the Court of Appeals to review documents filed in all three actions due to their bearing on the issues presented by this appeal.

Dated: December 27, 2017

*[signature]*

Lawrence B. Dvores
28 Sherbrooke Parkway
Livingston, New Jersey 07039

973-535-5000 (office)

Email Address: LDvores@yahoo.com

CERTIFICATE OF SERVICE

December 27, 2017

**Re: Boothe v. Northstar Realty Finance Corp.**  Case No. 16 –cv- 03742-JKB

(Consolidated with Carter v. Colony Capital
16-cv-03282-JKB and Kessler v. Northstar Asset
Management Group 16-cv-03745)

Clerk of Court
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Enclosed is my Notice of Appeal in the above captioned matter and a check for $505 in payment of the filing fee for this appeal to the U.S. Court of Appeals for the Fourth Circuit.

I certify that I have today mailed a copy of this Notice of Appeal and Certificate of Service by first class mail to the following attorneys and law firms.

Charles J. Piven
Yelena Trepetin
BROWER PIVEN, PC
1925 Old Valley Road
Stevenson, MD 21153

James M. Wilson, Jr.
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

Juan E. Monteverde
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 fifth Avenue, Suite 4405
New York, NY 10118

Guri Ademi
ADEMI & O'REILLY LLP
3620 East Layton Avenue
Cudahy, WI 53110

I also certify that I have today emailed these documents to the following attorneys and law firms who served as representatives of the defendants in these actions.

William M. Krulak, Jr
MILES & STOCKBRIDGE, PC
wkrulak@MilesStockbridge.com

Brian T. Frawley
SULLIVAN & CROMWELL LLP
frawleyb@sullcrom.com

Scott B. Luftglass
FRIED, FRANK, HARRIS, STRIVER & JACOBSON LLP
Scott.luftglass@friedfrank.com

_____
Lawrence B. Dvores, *Pro Se*
28 Sherbrooke Parkway
Livingston, NJ 07039

973-535-5000 (office)

LDvores@yahoo.com