FILED: September 27, 2018

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 18-1001
(1:16-cv-03742-JKB)

———————————

LAWRENCE B. DVORES

       Appellant

v.

NORTHSTAR REALTY FINANCE CORP.; DAVID T. HAMAMOTO; JUDITH
A. HANNAWAY; WESLEY D. MINAMI; LOUIS J. PAGLIA; GREGORY
RUSH; CHARLES W. SCHOENHERR

       Defendants - Appellees

and

JACK BOOTHE Individually and on Behalf of All Others Similarly Situated

       Plaintiff - Appellee

———————————

RULE 42(b) MANDATE

———————————

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*