# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jack Boothe,<br>*Individually and on Behalf of*<br>*All Others Similarly Situated,* | * <br> * |
| Plaintiff, | * |
| v. | *     Case No. 1:16-cv-03742-JKB |
| Northstar Realty Finance Corp., *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

Intervenors Michael Bumgardner, William Pennington, John Wood and Marjorie Wood, by their counsel, and Defendants NorthStar Realty Finance Corp. (n/k/a Colony Capital, Inc.), David T. Hamamoto, Judith A. Hannaway, Wesley D. Minami, Louis J. Paglia, Gregory Rush, and Charles W. Schoenherr, by their counsel, stipulate and agree that Defendants may have until December 4, 2018, to file their memorandum in opposition to Intervenors' Motion to Intervene and for Relief from Final Order and Judgment (Doc. 36).

Date: November 14, 2018

 

/s/
Patrick C. Smith (Bar No. 02054)
DeHay & Elliston, L.L.P.
36 South Charles Street, Suite 1400
Baltimore, MD 21201
psmith@dehay.com
t   410.783.7019
f   410.783.7221

*Counsel for Intervenors*

                                          /s/
                                Andrew Gendron (Bar No. 5111)
                                VENABLE LLP
                                750 East Pratt Street, Suite 900
                                Baltimore, Maryland 21202
                                agendron@venable.com
                                t   410.244.7439
                                f   410.244.7742

                                *Counsel for Defendants*


APPROVED this \_\_\_ day of November, 2018.



                                James K. Bredar
                                Chief District Judge


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of November, 2018, I caused copies of this paper to be served via the Court's CM/ECF system on all counsel of record.

                                          /s/
                                Andrew Gendron