# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated<br><br>        Plaintiff,<br><br>  v.<br><br>NORTHSTAR REALTY FINANCE CORP., INC., *et al.*,<br><br>        Defendants. | Civil Action No. 1:16-cv-3742-JKB |

**DECLARATION OF ANDREW GENDRON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION TO INTERVENE AND FOR RELIEF FROM FINAL ORDER AND JUDGMENT**

1.    My name is Andrew Gendron. I am an attorney and partner in the law firm Venable LLP, with offices at 750 E. Pratt Street, Suite 900, Baltimore, MD 21202. I am an attorney for Defendants NorthStar Realty Finance Corp. (predecessor by merger to Colony NorthStar, Inc., n/k/a Colony Capital, Inc.), David T. Hamamoto, Judith A. Hannaway, Wesley D. Minami, Louis J. Paglia, Gregory Rush, and Charles W. Schoenherr. I am over eighteen years old, mentally competent to provide this Declaration, and offer it voluntarily. I have personal knowledge of the facts set forth in this Declaration.

2.    Exhibit 2 in support of Defendants' Response in Opposition to Motion to Intervene and for Relief from Final Order and Judgment is a genuine and authentic copy of the Transcript of Proceedings for the October 19, 2017, fairness hearing.

3.    Exhibit 3 in support of Defendants' Response in Opposition to Motion to Intervene and for Relief from Final Order and Judgment is a genuine and authentic copy of the

December 3, 2018, Declaration of Stephanie Amin-Giwner regarding dissemination of the notice of pendency and proposed settlement of class action and hearing.

4. Exhibit 4 in support of Defendants' Response in Opposition to Motion to Intervene and for Relief from Final Order and Judgment is a genuine and authentic copy of excerpts from NorthStar Realty Finance Corp.'s Schedule 14A Proxy Statement filed with the United States Securities and Exchange Commission on November 18, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2018.

                                              /s/Andrew Gendron
                                               Andrew Gendron