# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHSTAR REALTY FINANCE CORP., et. al. | ) ) ) Case No. 16-cv-03742-JKB |
| Defendants. | ) ) ) |

## DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING DISSEMINATION OF THE NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND HEARING

I, Stephanie Amin-Giwner, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a Manager of Client Services for Epiq Class Action and Claims Solutions, Inc. ("Epiq"), and formerly Assistant Director of Operations at Garden City Group, LLC ("GCG"),[1] located at 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042. Pursuant to this Court's July 10, 2017, Order Preliminarily Approving Settlement in the above-captioned action (the "NRF Action"), *William Carter v. Colony Capital, Inc., et al.*, Case No. 16-cv-03282 (the "Colony Capital Action"), and *Cindy Kessler v. NorthStar Asset Management Group, Inc., et al.*, Case No. 16-cv-03745 (the "NSAM Action," and, together with the NRF Action and the Colony Capital Action, the "Actions") (collectively, the "Orders"), GCG was retained by counsel for the respective Defendants in the Actions to cause copies of the Notice of Pendency and Proposed Settlement of Class Action and Hearing and exhibit thereto for the

---

[1] GCG was acquired by Epiq on June 15, 2018, and is now continuing operations as part of Epiq.

NRF Action (the " NRF Notice"), the Colony Capital Action (the "Colony Capital Notice") and the NSAM Action (the "NSAM Notice," and together with the NRF Notice and the Colony Capital Notice, the "Notices") to be mailed to all Class Members who were reasonably identifiable, at their last known addresses set forth in the stock transfer records maintained by or on behalf of North Star Realty Finance, Corp. ("NRF"), Colony Capital, Inc. (Colony Capital"), and North Star Asset Management Group, Inc. ("NSAM," and together with NRF and Colony Capital, the "Defendant Companies"), respectively, and to use reasonable effort to give, or cause to be given, notice to beneficial owners of the Defendant Companies' common stocks at any time between and including May 6, 2016, and January 17, 2017 (the "Class Period"). The information set forth herein is based on my personal knowledge and information provided to me by other GCG employees that I supervise; and if called on to do so, I could and would testify competently about these issues.

2. On August 17, 2017, pursuant to the Orders, NRF provided GCG with a list of 3,757 names and last known addresses of record holders of NRF's common stock during the Class Period; Colony Capital provided GCG with a list of 72 names and last known addresses of record holders of Colony Capital's common stock during the Class Period; and NSAM provided GCG with a list of 233 names and last known addresses of record holders of NSAM's common stock during the Class Period.

3. Pursuant to the Orders, on August 28, 2017, GCG mailed by first-class mail, postage prepaid, the appropriate Notice(s) to each of the stockholders of record described in paragraph 2 above (the "Initial Mailing").

4. In most class actions of this nature, the large majority of potential class members are beneficial owners of shares of a company's common stock whose securities are held in "street name"—i.e., the securities are purchased by a brokerage firm, bank, institution and other

third-party nominee (each a "Nominee") in the name of the Nominee and on behalf of the beneficial purchasers. GCG maintains a proprietary database with names and addresses of the largest and most common Nominees, including but not limited to U.S. banks and brokerage firms, including national and regional offices of certain Nominees (the "Nominee Database"). The Nominee Database is updated from time to time as new Nominees are identified and others go out of business. At the time of the Initial Mailing, the Nominee Database contained 1,789 mailing records. On August 28, 2017, GCG caused the Notices to be mailed by first-class mail, postage prepaid, to the 1,789 mailing records contained in the Nominee Database.

5. From August 29, 2017, to October 16, 2017, GCG received from Nominees 57,487 additional names and addresses of beneficial owners of NRF common stock who held such stock during the Class Period, 39,736 additional names and addresses of beneficial owners of Colony Capital common stock who held such stock during the Class Period, and 21,004 additional names and addresses of beneficial owners of NSAM common stock who held such stock during the Class Period. GCG promptly mailed by first-class mail, postage prepaid, the appropriate Notice(s) to each such name and address. In addition, during this same time period, GCG received requests from Nominees for 7,043 copies of the NRF Notice, 3,923 copies of the Colony Capital Notice, and 2,573 copies of the NSAM Notice, which the Nominees intended to forward to their clients who were beneficial holders of the Defendant Companies' common stocks at any time during the Class Period. GCG promptly mailed the requested Notices to the Nominees for forwarding to their clients.

6. In total, from August 28, 2017, to October 16, 2017, GCG mailed 141,263 Notices to stockholders of record and beneficial owners of the Defendant Companies' common stocks during the Class Period. This includes 68 Notices that were re-mailed upon receipt of updated addresses provided by the U.S. Postal Service.

7. The following were included in the beneficial owners of the Defendant Companies' common stocks that GCG mailed Notices to after receiving their names and addresses from Nominees:

    a. William C Pennington, 321 Sutton Pl, Richardson, TX 75080, mailed the NSAM Notice on or about October 9, 2017, and the NRF Notice on or about October 16, 2017; and

    b. Michael A Bumgardner and Ok Hui Bumgardner, 92-800 Welo St, Kapolei, HI 96707, mailed the NRF Notice on or about October 3, 2017.

8. None of the Notices mailed to the above beneficial owners was returned as undeliverable.

9. GCG also searched its records and did not receive a name and address record specifically for John Wood or Marjorie Wood as NRF shareholders. However, GCG was not provided with the names of the beneficial owners who were sent Notices directly by the Nominees who requested copies to send to their clients, and it is possible that John Wood or Marjorie Wood were included in those mailings.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on December 3, 2018 in Lake Success, New York.

_____
STEPHANIE AMIN-GIWNER