## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:16-cv-03742-JKB |
| Plaintiff, | |
| v. | |
| NORTHSTAR REALTY FINANCE CORP., INC., *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, the Court hereby Orders as follows:

1.    Intervenors are  permitted to file an omnibus reply brief not to exceed thirty (30) pages; and

2.    This Stipulation is entered into without prejudice to any party seeking any interim relief.

Date: _Dec. 12, 2018_

_____
HONORABLE JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE