**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR REALTY FINANCE CORP., INC., *et al.*,<br><br>Defendants. | Case No.: 1:16-cv-03742-JKB |

**DECLARATION OF PATRICK C. SMITH, ESQ. IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AND FOR RELIEF FROM FINAL ORDER AND JUDGMENT**

I, Patrick C. Smith, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am an attorney duly licensed to practice in the State of Maryland and am admitted to practice before this Court. I am a partner with the law firm Dehay & Elliston, L.L.P., counsel for Intervenors Michael Bumgardner, William Pennington, John Wood, and Marjorie Wood ("Intervenors") in this action. I submit this declaration in support of the Intervenors' Reply Memorandum in Support of Motion to Intervene and for Relief from Final Order and Judgment, which is filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits (letters continuing from my declaration attached to the opening motion papers (ECF No. 36-2)):

Exhibit O: Declaration of Thomas L. Laughlin, IV, dated December 18, 2018;

Exhibit P: Press Release issued by Colony NorthStar, Inc. on March 1, 2018; and

Exhibit Q: H.R. Doc. 115-119 (2018) ("Communication from the Chief Justice, The Supreme Court of the United States Transmitting Amendments to the

Federal Rules of Civil Procedure that have been Adopted by the Supreme Court, Pursuant to 28 U.S.C. 331").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of December, 2018, at Baltimore, Maryland.

   */s/ Patrick C. Smith*              <br>
PATRICK C. SMITH