IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACK BOOTHE, individually and on behalf of all others similarly situated, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-16-3742 |
| NORTHSTAR REALTY FINANCE CORP., INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Proposed Intervenors Michael Bumgardner, William Pennington, John Wood, and Marjorie Wood's ("Intervenors") Motion to Intervene and for Relief from Final Order and Judgment (ECF No. 36) is DENIED pursuant to Federal Rule of Civil Procedure 24.

DATED this 12 day of February, 2019.

BY THE COURT:

_____
James K. Bredar
Chief Judge