# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR REALTY FINANCE CORP., INC., *et al.*,<br><br>Defendants. | Case No.: 1:16-cv-03742-JKB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that proposed intervenors Michael Bumgardner, William Pennington, John Wood, and Marjorie Wood hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order (ECF No. 49) entered in this action on the 13th day of February, 2019.

DATED:   March 15, 2019
         Baltimore, Maryland

**DEHAY & ELLISTON**

 */s/ Patrick C. Smith*
PATRICK C. SMITH (Bar No. 02054)
36 South Charles Street, Suite 1400
Baltimore, MD 21201
Telephone: (410) 783-7019
Facsimile:  (410) 783-7221

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
THOMAS L. LAUGHLIN, IV
RHIANA SWARTZ
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
Email: tlaughlin@scott-scott.com
       rswartz@scott-scott.com

**ROBBINS ARROYO LLP**
STEPHEN ODDO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
Email: soddo@robbinsarroyo.com

*Counsel for Proposed Intervenors*
*Bumgardner, Pennington, Wood and Wood*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

        /s/ Patrick C. Smith
PATRICK C. SMITH

*Counsel for Proposed Intervenors*
*Bumgardner, Pennington, Wood and Wood*