FILED: March 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1298
(1:16-cv-03742-JKB)

_____

MICHAEL BUMGARDNER; WILLIAM PENNINGTON; JOHN WOOD; MARJORIE WOOD

      Intervenors - Appellants

v.

JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated

      Plaintiff - Appellee

NORTHSTAR REALTY FINANCE CORP.; DAVID T. HAMAMOTO; JUDITH A. HANNAWAY; WESLEY D. MINAMI; LOUIS J. PAGLIA; GREGORY RUSH; CHARLES W. SCHOENHERR

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:16-cv-03742-JKB |
| Date notice of appeal filed in originating court: | 03/15/2019 |
| Appellant(s) | Michael Bumgardner, William Pennington, John Wood, Marjorie Wood |

| Appellate Case Number | 19-1298 |
| Case Manager | Jennifer Rice<br>804-916-2702 |